**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 20 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MIKE JONES, ET AL.,

                             Plaintiffs,

        -against-

RYAN GALVIN, ET AL.,

                             Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-4095 (JBW)(MDG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]



2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
Feb. 6, 2015

HARVIS WRIGHT & FETT LLP
*Attorneys for Plaintiffs*
305 Broadway, 14th Floor
New York, NY 10007

By: _____
Baree Fett
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants Galvin and Torres*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Carolyn Depoian
*Assistant Corporation Counsel*

*close the case*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE
Dated: 2/25/15, 2015